———————————————

Record No. 17-1367

———————————————

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

NIYA KENNY, on behalf of herself and all others similarly situated;
TAUREAN NESMITH, on behalf of himself and all others similarly situated;
GIRLS ROCK CHARLESTON INC, on behalf of themselves and all others
similarly situated; D. S., by and through her next of kin Juanita Ford, on behalf of
herself and all others similarly situated; S. P., by and through her next of kin
Melissa Downs, on behalf of herself and all others similarly situated,

*Plaintiffs-Appellants,*

v.

ALAN WILSON, in his official capacity as Attorney General of South Carolina,
on behalf of himself and others similarly situated; J. ALTON CANNON, JR., in
his official capacity as the Sheriff of Charleston County, SC; on behalf of himself
and others similarly situated; GREGORY G. MULLEN, in his official capacity as
the Chief of the Police Department of the City of Charleston, SC; on behalf of
himself and others similarly situated; EDDIE DRIGGERS, JR., in his official
capacity as the Chief of the Police Department of the City of North Charleston, SC;
on behalf of himself and others similarly situated; CARL RITCHIE, in his official
capacity as the Chief of the Police Department of the City of Mt. Pleasant, SC; on
behalf of himself and others similarly situated; LEON LOTT, in his official
capacity as the Sheriff of Richland County, SC; on behalf of himself and others
similarly situated; W. H. HOLBROOK, in his official capacity as the Chief of the
Police Department of the City of Columbia, SC; on behalf of himself and others
similarly situated; STEVE LOFTIS, in his official capacity as the Sheriff of
Greenville County, SC; on behalf of himself and others similarly situated;
KEN MILLER, in his official capacity as the Chief of the Police, Department of
the City of Greenville, SC; on behalf of himself and others similarly situated;

1

LANCE CROWE, in his official capacity as the Chief of the Police Department of the City of Travelers Rest, SC; on behalf of himself and others similarly situated; MICHAEL D. HANSHAW, in his official capacity as Interim Chief of the Police Department of the City of Simpsonville, SC; on behalf of himself and others similarly situated; M. BRYAN TURNER, in his official capacity as the Chief of the Police Department of the City of Mauldin, SC; on behalf of himself and others similarly situated; DAN REYNOLDS, in his official capacity as the Chief of the Police Department of the City of Greer, SC; on behalf of himself and others similarly situated; A. KEITH MORTON, in his official capacity as the Chief of the Police Department of the City of Fountain Inn, SC; on behalf of himself and others similarly situated,

*Defendants-Appellees,*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

_____

**JOINT MOTION FOR EXTENSION
TO FILE RESPONSE BRIEF**

_____

The Appellees Alan Wilson; J. Alton Cannon, Jr.; Gregory G. Mullen; Eddie Driggers, Jr.; Carl Ritchie; Leon Lott; W.H. Holbrook; Steve Loftis; Ken Miller; Lance Crowe; Michael D. Hanshaw; M. Bryan Turner; Dan Reynolds; and A. Keith Morton respectfully move this Court, pursuant to Rule 31(a), FRAP, and Local Rule 31(c), for an extension until July 13, 2017, to file their Response Brief.

The Appellees' motion is based on the following grounds:

1.    Based upon the current briefing order, the Appellees' Response Brief is due to be filed by June 13, 2017.

2.      The Appellees' counsel requests the additional thirty days due to the number of Appellees and counsel who are required to coordinate the drafting and filing of a joint Response Brief.  The coordination between fourteen separate Appellees represented by at least seven different counsel to draft and submit a single brief is anticipated to be time-consuming, particularly during summer months when many of the Appellees' counsel will be out for vacations and the like.

3.      Counsel for Appellants has been consulted and consents to this request for a thirty-day extension.  That consent has been confirmed by email.

4.      No prior extensions have been requested by the Appellees.

WHEREFORE, the Appellees, through their undersigned counsel, and upon consent of all parties to this appeal, respectfully request that the Court grant an extension until July 13, 2017, for the filing and service of the Appellees' Response Brief.

*s/ Andrew F. Lindemann*

ANDREW F. LINDEMANN
DAVIDSON & LINDEMANN, P.A.
1611 Devonshire Drive
Post Office Box 8568
Columbia, South Carolina 29202
(803) 806-8222

*Counsel for Appellee Carl Ritchie*

_s/ J. Emory Smith, Jr._

J. EMORY SMITH, JR.
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3680

_Counsel for Appellees Alan Wilson,_
_Lance Crowe, M. Bryan Turner,_
_Michael D. Hanshaw and A. Keith Morton_


_s/ Michael S. Pitts_

MICHAEL S. PITTS
LOGAN M. WELLS
CITY OF GREENVILLE
Post Office Box 2207
Greenville, South Carolina 29602
(864) 467-4420

_Counsel for Appellee Ken Miller_


_s/ W. Michael Hemlepp, Jr._

W. MICHAEL HEMLEPP, JR.
CITY OF COLUMBIA
Columbia City Attorney's Office
Post Office Box 667
Columbia, South Carolina 29202
(803) 737-4242

_Counsel for Appellee W.H. Holbrook_

4

s/ Anne R. Culbreath
ANNE R. CULBREATH
WILLSON JONES CARTER
 & BAXLEY, P.A.
872 South Pleasantburg Drive
Greenville, South Carolina 29607
(864) 672-3713

*Counsel for Appellee Steve Loftis*


s/ Sandra J. Senn
SANDRA J. SENN
ROBIN L. JACKSON
SENN LEGAL, LLC
Post Office Box 12279
Charleston, South Carolina 29422
(843) 556-4045

*Counsel for Appellees J. Alton Cannon, Jr.,
Gregory G. Mullen and Eddie Driggers, Jr.*


s/ Steven R. Spreeuwers
STEVEN R. SPREEUWERS
DAVIDSON & LINDEMANN, P.A.
Post Office Box 8568
Columbia, South Carolina 29202-8568
(803) 806-8222

*Counsel for Appellee Leon Lott*

June 1, 2017

5

_____

## CERTIFICATE OF SERVICE
_____


I hereby certify that on June 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Susan K. Dunn, Esquire
Sarah A. Hinger, Esquire, Esquire
Lenora M. Lapidus, Esquire
Dennis D. Parker, Esquire
Galen L. Sherwin, Esquire
J. Emory Smith, Jr., Esquire
Michael S. Pitts, Esquire
Logan M. Wells, Esquire
W. Michael Hemlepp, Jr., Esquire
Anne R. Culbreath, Esquire
Sandra J. Senn, Esquire
Steven R. Spreeuwers, Esquire


_s/ Andrew F. Lindemann_